**Virginia Arlene GOFORTH,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5150.

United States Court of Appeals,
Federal Circuit.

June 18, 2014.

Virginia Arlene Goforth, Canton, NC, pro se.

Lisa Lefante Donahue, Esq., Department of Justice, Washington, DC, for Defendant–Appellee.

Before RADER, DYK, and WALLACH, Circuit Judges.*

* Randall R. Rader vacated the position of Chief Judge on May 30, 2014.

## ON MOTION

## ORDER

PER CURIAM.

Virginia Arlene Goforth moves the court to recall mandate. This appeal was dismissed on January 31, 2014 as untimely. The time to petition for rehearing of that order expired, and the mandate issued on March 24, 2014.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to recall the mandate is denied.